UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINH THI KHANH PHAN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>SIMPLY MOSSY ART INC.,<br><br>  Defendant. | Case No. 23-cv-04982-JST<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT AND CLOSE THE FILE** |

On May 1, 2024, the Court granted Defendant's motion to dismiss for lack of personal jurisdiction and gave Plaintiffs 21 days to file an amended complaint. ECF No. 35. The Court explained that failure to file a timely amended complaint would result in the Court's directing the Clerk to enter judgment and close the file. *Id.*

The time to file an amended complaint has passed, and no amended complaint has been filed. Accordingly, the Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 10, 2024

_____
JON S. TIGAR
United States District Judge